SAMUEL T. FARNUM, Respondent, *v.* MORGAN L. WILBER, Appellant.

(Argued May 21, 1873 ; decided June 3, 1873.)

*O. D. M. Baker* for the appellant.

*A. Anthony* for the respondent.

Agree to affirm.   No opinion.
Judgment affirmed.